**Order entered October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01596-CV

### STEFFANY JACKSON, Appellant

### V.

### AMERICAN HOME MORTGAGE SERVICING, INC., Appellee

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-02539-2011**

## ORDER

We **GRANT** appellee's September 26, 2013 unopposed second motion for an extension of time to file a brief. Appellee shall file its brief on or before October 21, 2013. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/    DAVID LEWIS
          JUSTICE